**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00197-JAD-NJK-1 |
| Plaintiff, | **ORDER** |
| v. | |
| ANTHONY ABRUZZO, | ECF No. 55 |
| Defendant. | |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the sentencing hearing currently scheduled for Monday, June 6, 2022 at 10:00 a.m., be vacated and continued to July 18, 2022, at 2:00 p.m.

DATED this 1st day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE